IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTOPHER A. OBUMSELI and, § <br> CHIO OBUMSELI, § <br>     Plaintiffs, § <br> § <br> VS. § <br> § <br> CITIMORGAGE, INC. and § <br> CAL-WESTERN RECONVEYANCE § <br> CORPORATION, § <br>     Defendants. § | Case No. 4:12cv706 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 21, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Citimortgage, Inc.'s Motion to Dismiss Plaintiffs' Original Complaint (Dkt. 11) be GRANTED and all of Plaintiffs' claims in this case be dismissed for failure to state a claim.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Citimortgage, Inc.'s Motion to Dismiss Plaintiffs' Original Complaint (Dkt. 11) is GRANTED and Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 23rd day of August, 2013.**

_/s/ Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE